UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN SORRENTINO,<br><br>               Plaintiff,<br><br>  v.<br><br>THE MASSACHUSETTS CONTRIBUTORY RETIREMENT APPEAL BOARD, and MASSACHUSETTS STATE BOARD OF RETIREMENT,<br><br>               Defendants. | CIVIL ACTION<br>No. 24-10944-DJC |

## NOTICE OF APPEARANCE

Please enter on the docket my appearance as attorney on behalf of the Massachusetts Contributory Retirement Appeal Board.

                                                Respectfully submitted,

                                                  ANDREA JOY CAMPBELL
                                                  ATTORNEY GENERAL

                                                  */s/ Kimberly Parr*
                                                  Kimberly Parr, BBO# 679806
                                                  Assistant Attorney General
                                                  Office of the Attorney General
                                                  Government Bureau
                                                  One Ashburton Place
                                                  Boston, MA 02108
                                                  (617) 963-2489
                                                  Kimberly.Parr@mass.gov

Dated:   April 25, 2024

## **CERTIFICATE OF SERVICE**

      I, Kimberly Parr, Assistant Attorney General, hereby certify that on April 25, 2024, the foregoing document has been filed through the CM/ECF system, so as to result in service upon all participants registered as ECF users by transmission of a Notice of Electronic Filing (NEF), and I further certify that paper copies will be sent via U.S. mail to nonregistered participants, on this day.

                                                    */s/ Kimberly Parr*
                                                    Kimberly Parr
                                                    Assistant Attorney General