UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN SORRENTINO., <br>     Plaintiff <br><br> v. <br><br> THE MASSACHUSETTS CONTRIBUTORY RETIREMENT APPEAL BOARD, MASSACHUSETTS STATE BOARD OF RETIREMENT <br>     Defendant | CIVIL ACTION No. 1:24-CV-10944-DJC |

## DECLARATION OF YEVA MIKAELYAN

I, Yeva Mikaelyan, state the following under oath:

1. I am an associate at the law firm of Locke Lord LLP and submit this Declaration in support of the application by the Plaintiff, John Sorrentino ("the Plaintiff") to permit me to appear and participate, *pro hac vice*, as counsel for the Plaintiff in the above-captioned matter.

2. I was admitted to practice law in the State of California in 2021. I am a current member in good standing of the Bar of the State of California (Bar No. 342107), and I am licensed to practice before the highest court in California. I am also a member of the bar of the United States District Court, Central District of California; United States District Court, Eastern District of California; United States District Court, Southern District of California; United States District Court, Northern District of California.

3. I am a member in good standing in every jurisdiction where I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

1

5. I have never had a *pro hac vice* admission to this court revoked for misconduct.

6. I have read the Local Rules of the United States District Court for the District of Massachusetts. I agree to comply with the Local Rules.

7. The Plaintiff has requested that I represent him in this matter. I am fully familiar with the facts and events surrounding this litigation.

8. If admitted *pro hac vice*, I will immediately notify the Court of any matter affecting my standing at the bar of any other Court.

9. I respectfully submit that there is good cause for my admission *pro hac vice* as counsel for the Plaintiff.

Signed under the penalties of perjury this 9th day of May, 2024.

/s/ Yeva Mikaelyan
Yeva Mikaelyan