UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN SORRENTINO,<br><br>Plaintiff<br><br>v.<br><br>THE MASSACHUSETTS CONTRIBUTORY RETIREMENT APPEAL BOARD, MASSACHUSETTS STATE BOARD OF RETIREMENT,<br><br>Defendant. | CIVIL ACTION No. 1:24-CV-10944-DJC |

**ASSENTED TO MOTION TO SUBSTITUTE DEFENDANT PATRICK M. CHARLES FOR DEFENDANT FARIYDA MULRAIN**

Now comes the plaintiff, John Sorrentino, by his attorneys, and moves the court to substitute Patrick M. Charles in his official capacity for Fariyda Mulrain as a defendant in this action. In support of his motion, Mr. Sorrentino states that he is advised that it is Mr. Charles who presides with defendants Ms. Tran and Ms. Miller over Mr. Sorrentino's appeal to the Contributory Retirement Board, not Ms. Mulrain.

Counsel for the defendants, Assistant Attorney General, Kimberly Parr, assents to the instant motion.

JOHN SORRENTINO

By his Attorneys,

Dated: May 16, 2024

/s/ *Richard D. Glovsky*
Richard D. Glovsky (BBO# 195820)
Donald E. Frechette (BBO #547293)
LOCKE LORD LLP
111 Huntington Avenue
Boston, MA 02199
617-239-0100
richard.glovsky@lockelord.com
donald.frechette@lockelord.com

and

Yeva Mikaelyan (pro hac vice)
Yeva.Mikaelyan@lockelord.com
Locke Lord LLP
300 S. Grand Ave., Suite 2600
Los Angeles, CA 90071
T: 213-687-6726

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

Pursuant to Local rule 7.1(A)(2), I, Richard D. Glovsky, certify that on May 15, 2024, I conferred with Defendants' counsel regarding the foregoing motion, and she assented to the allowance of this motion.

*/s/ Richard D. Glovsky*
Richard D. Glovsky

**CERTIFICATE OF SERVICE**

I, Richard D. Glovsky, certify that on May 16, 2024, this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF and paper copies will be sent to any indicated as non-registered participants.

*/s/ Richard D. Glovsky*
Richard D. Glovsky