UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN SORRENTINO,<br><br>    Plaintiff<br><br>v.<br><br>UYEN TRAN, NICOLLE MELANIE ALLEN, AND PATRICK M. CHARLES, AS MEMBERS OF THE MASSACHUSETTS CONTRIBUTORY RETIREMENT APPEAL BOARD<br><br>    Defendants | CIVIL ACTION No. 1:24-CV-10944-DJC |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to F.R.C.P. 41, Plaintiff, John Sorrentino, hereby dismisses without prejudice all claims against Defendants, Uyen Tran, Nicolle Melanie Allen and Patrick M. Charles, as Members of the Massachusetts Contributory Retirement Appeal Board in the above-captioned action.

JOHN SORRENTINO

By his Attorneys,

Dated: September 11, 2024

/s/ *Richard D. Glovsky*
Richard D. Glovsky (BBO# 195820)
Donald E. Frechette (BBO #547293)
LOCKE LORD LLP
111 Huntington Avenue
Boston, MA  02199
617-239-0100
richard.glovsky@lockelord.com
donald.frechette@lockelord.com

138659728v.1

## CERTIFICATE OF SERVICE

      I, Richard D. Glovksy, hereby certify that on this 11th day of September, 2024, I caused a true copy of the above document to be served upon counsel to the Defendants via electronic mail at Kimberly.parr@mass.gov.

                                                 */s/ Richard D. Glovsky*  
                                                 Richard D. Glovsky

138659728v.1